IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLEN FOSTER                                )
                                            )  Civil Action No. 08-305
                     Plaintiff,             )
                                            )  Judge Gary L. Lancaster
             v.                             )
                                            )
HOUSING AUTHORITY OF THE CITY               )  Electronically Filed
OF PITTSBURGH, PA,                          )
                                            )
                     Defendant.             )


## ORDER OF COURT


        AND NOW, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED,**

**WITH PREJUDICE,** each party to bear its own fees and costs.


Date: _10/22/08_        _____
                                 Gary L. Lancaster, Judge